OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R $ 00.26⁵
0006557458 FEB 13 2015
MAILED FROM ZIP CODE 78701

2/11/2015
CONNER, EARL GLENN     Tr. Ct. No. 542471-A                    WR-9,608-05

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

EARL GLENN CONNER
ELLIS I UNIT - TDC #540034
1697 FM 980
HUNTSVILLE, TX 77343                    U T F

AAWBS3B  77343